IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KALEB JEVON JACKSON,**

    **Plaintiff,**

v.                                  Case No. 4:18cv85-MW/CAS

**LEON COUNTY DETENTION**
**FACILITY, et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for Plaintiff's failure to prosecute and failure to comply with an order of the Court."

---

[1] Plaintiff has failed to keep the Clerk advised of his mailing address as evidenced by returned mail. ECF No. 7.

1

The Clerk shall close the file.

**SO ORDERED on May 30, 2018.**

                                            **s/ MARK E. WALKER**
                                            **United States District Judge**